

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-14-00303-CV

| | | |
|---|---|---|
| Titan Operating, LLC | § | From the 415th District Court |
| v. | § | of Parker County (CV11-0842) |
| | § | August 27, 2015 |
| Marcus C. Marsden, Jr. and Laura B. Marsden | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that Marcus C. Marsden, Jr. and Laura B. Marsden take nothing.

It is further ordered that appellees Marcus C. Marsden, Jr. and Laura B. Marsden shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
    Chief Justice Terrie Livingston